UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-CIV-22852 UNGARO

EMILIO PINERO,

    Plaintiff,

v.

LEVTOP, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Emilio Pinero and Defendant Levtop, Inc., having entered into a Confidential Settlement Agreement thereby resolving the claim brought in the above referenced Action against Defendant, hereby stipulate to the dismissal of the above styled action with prejudice, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement. Respectfully submitted this 21st day of April, 2010.

Dated this 21st day of April, 2010

Respectfully Submitted,

| | |
|---|---|
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L. | LAUREN N. WASSENBERG, P.A. |
| Attorneys for Defendant | Attorney for Plaintiff |
| 2525 Ponce De Leon Boulevard | 429 Lenox Avenue, Suite 4W23 |
| Coral Gables, FL 33134 | Miami Beach, FL 33139 |

| | |
|---|---|
| Tel (305) 854-0800 | Tel (305) 537-3723 |
| Facsimile (305) 854-2323 | Facsimile (305) 537-3724 |
| | |
| By /s/ Aaron Behar | By: /s/ Lauren N. Wassenberg |
| Florida Bar No. 166286 | Florida Bar No. 0034083 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed, and served, through the Court CM/ECF filing system.

> Respectfully Submitted
> /s/ Lauren Wassenberg
> Lauren N. Wassenberg, Esq.
> 429 Lenox Avenue, Suite 4W23
> Miami Beach, FL 33139
> Ph. (305) 537-3723
> Facsimile (305) 537-3724
> Bar Code No. 0034083