UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22852-CIV-UNGARO

EMILIO PINERO,

    Plaintiff,

v.

LEVTOP, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, filed April 21, 2010 (D.E. 21.)

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises.  It is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of April, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record